**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17679/0194256244

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 18, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Luke R. Boden and Sylvia Ryan-Boden<br>　　　　Debtors.<br>_____<br>WFDS 708<br>　　　　Movant,<br>　　vs.<br>Luke R. Boden and Sylvia Ryan-Boden, Debtors;<br>David M. Reaves*, Trustee.<br>　　　　Respondents. | No. 2:09-bk-14843-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Relating to docket # 11) |

　　IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

　　SIGNED this _____ day of _____, 2009.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JUDGE OF U.S. BANKRUPTCY COURT