DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BODEN, LUKE R | ) | Case No. 09-14843-RJH |
| RYAN-BODEN, SYLVIA | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

NOTICE IS GIVEN that <u>DAVID M. REAVES</u>, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate:

1.) Sedona Springs Resort Timeshare: 55 Northview Road, Sedona, Arizona, 86336.

2.) Varsity Clubs of America Timeshare: 3855 E. Speedway Blvd., Tucson, Arizona, 85716.

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with Clerk of the U.S. Bankruptcy Court, 230 N. First Ave., Ste. 101, Phoenix, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE:   <u>DAVID M. REAVES, P.O. Box 44320, Phoenix, AZ 85064</u>

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

*July 6, 2010*                                                */s/ David M. Reaves*
Date                                                                David M. Reaves, Trustee