UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: §
§
BODEN, LUKE R § Case No. 09-14843 RJH
RYAN-BODEN, SYLVIA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID M. REAVES, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U.S. Bankruptcy Court
230 N. First Ave., Ste. 101
Phoenix, AZ 85003

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the date from the mailing of this notice. The proposed distribution is dependent on the Court's ruling on the allowance of Administrative expenses, additional Court costs, remaining contests of claims, and additional interest.

Objections must be in writing and filed with a request for a hearing with the Clerk, U.S. Bankruptcy Court, 230 N. 1st Ave., Suite 101, Phoenix, AZ 85003, the trustee, David M. Reaves, P.O. Box 44320, Phoenix, AZ 85064, and the United States Trustee, 230 N. 1st Ave., Suite 204, Phoenix, AZ 85003-1706. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/02/2011          By: David M. Reaves
                                             Trustee


*DAVID M. REAVES*
*P.O. BOX 44320*
*PHOENIX, AZ 85064*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: §
 §
BODEN, LUKE R § Case No. 09-14843 RJH
RYAN-BODEN, SYLVIA §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,501.15 |
| and approved disbursements of | $ | 7,920.98 |
| leaving a balance on hand of[1] | $ | 1,580.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Capital One Auto Finance, | $ 12,741.82 | $ 12,741.82 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 1,580.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID M. REAVES | $ 500.00 | $ 0.00 | $ 500.00 |
| Trustee Expenses: DAVID M. REAVES | $ 38.90 | $ 0.00 | $ 38.90 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 538.90 |
| Remaining Balance | $ 1,041.27 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 215,842.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,481.44 | $ 0.00 | $ 21.62 |
| 000002 | DISCOVER BANK | $ 4,596.28 | $ 0.00 | $ 22.17 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 8,385.74 | $ 0.00 | $ 40.45 |
| 000005 | Chase Bank USA, N.A. | $ 8,368.82 | $ 0.00 | $ 40.38 |
| 000006 | Chase Bank USA, N.A. | $ 21,465.87 | $ 0.00 | $ 103.56 |
| 000007 | Chase Bank USA, N.A. | $ 37,478.21 | $ 0.00 | $ 180.80 |
| 000008 | Chase Bank USA, N.A. | $ 14,853.59 | $ 0.00 | $ 71.66 |
| 000009 | SAFILO | $ 266.87 | $ 0.00 | $ 1.29 |
| 000011 | BANK OF AMERICA | $ 2,452.35 | $ 0.00 | $ 11.83 |
| 000012 | PREMIERE VACATION CLUB | $ 652.15 | $ 0.00 | $ 3.15 |
| 000013 | FIRST NATIONAL BANK OF OMAHA | $ 9,685.69 | $ 0.00 | $ 46.72 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | BRISTOW OPTICAL | $ 12,434.18 | $ 0.00 | $ 59.99 |
| 000015 | NASSAU | $ 2,644.40 | $ 0.00 | $ 12.75 |
| 000016 | US BANK | $ 88,076.74 | $ 0.00 | $ 424.90 |

      Total to be paid to timely general unsecured creditors      $    1,041.27

      Remaining Balance      $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/David M. Reaves
                              Trustee

*DAVID M. REAVES*
*P.O. BOX 44320*
*PHOENIX, AZ 85064*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                                    District of Arizona

In re:                                                         Case No. 09-14843-RJH
LUKE R BODEN                                                   Chapter 7
SYLVIA RYAN-BODEN
      Debtors                        CERTIFICATE OF NOTICE
District/off: 0970-2          User: rootk              Page 1 of 3              Date Rcvd: Mar 02, 2011
                              Form ID: pdf001          Total Noticed: 91


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2011.
db/jdb     +LUKE R BODEN,    SYLVIA RYAN-BODEN,    3370 E CANARY WAY,    CHANDLER, AZ 85286-5682
cr         +CAPITAL ONE AUTO FINANCE,    Poli & Ball, PLC,    2999 N. 44th St, Ste 500,
             Phoenix, AZ 85018-7252
cr        +++CAPITAL ONE AUTO FINANCE DEPARTMENT,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
cr         +WELLS FARGO BANK, N.A.,    Tiffany & Bosco, P.A.,    2525 E. Camelback Rd.,    Suite 300,
             Esplanade II,    Phoenix, AZ 85016-4237
8379382    +ABB-CONCISE,    PO BOX 60000,    SAN FRANSISCO, CA 94160-0001
8379383    +ALPHA VIENNA,    2961 DURFEE AVE.,    EL MONTE, CA 91732-3517
8379384    +ALTAIR EYE WEAR,    10875 INTERNATIONAL DR.,    RANCHO CORDOVA, CA 95670-7371
8379385     ARCH CROWN, INC.,    177 MAIN ST.,    WEST ORANGE, NJ 07052
8226160    +ARIZONA OPTOMETRIC ASSOCIATION,    1702 E HIGHLAND, #213,    PHOENIX AZ 85016-4624
8379386    +ASPEN OPTICAL,    1050 W. MAIN ST.,    MESA, AZ 85201-7187
8226161     AT&T UNIVERSAL CARD,    PO BOX 44167,    JACKSONVILLE FL 32231-4167
8226158     AZ DEPT OF REVENUE,    BANKRUPTCY UNIT,    1600 W MONROE 7TH FL,    PHOENIX AZ 85007-2650
8226163     BANK OF AMERICA,    PO BOX 15026,    WILMINGTON DE 19850-5026
8869208     BANK OF AMERICA,    VISTAKON LOCKBOX 30100,    PO BOX 60000,    SAN FRANCISCO,CA  94160-0001
8226164     BANK OF AMERICA,    PO BOX 15184,    WILMINGTON DE 19850-5184
8226162     BANK OF AMERICA,    PO BOX 21848,    GREENSBORO NC 27420-1848
8226165     BANK OF AMERICA,    PO BOX 25118,    TAMPA FL 33622-5118
8226166     BANK OF AMERICA VISA BUSINESS CARD,    PO BOX 15184,    WILMINGTON DE 19850-5184
8379388    +BAUSCH & LOMB,    1400 N. GOODMAN ST.,    ROCHESTER, NY 14609-3596
8379389    +BAYTREE,   100 TRI-STATE INTERNATIONAL,    SUITE #240,    LINCOLNSHIRE, IL 60069-4418
8226167    +BAYTREE LEASING COMPANY, LLC,    100 TRI-STATE INTERNATIONAL, SUITE 240,
             LINCOLNSHIRE IL 60069-4418
8379390    +BIBBERO SYSTEMS, INC.,    1300 N. MCDOWELL BLVD.,    PETALUMA, CA 94954-1180
8226168     BRISTOW OPTICAL,    PO BOX 815519,    DALLAS TX 75381-5519
8379391     CAPITAL ONE,    PO BOX 105474,    ATLANTA, GA 30348-5474
8226169     CAPITAL ONE,    PO BOX 30273,    SALT LAKE CITY UT 84130-0273
8226170     CAPITAL ONE AUTO FINANCE, INC.,    PO BOX 260848,    PLANO TX 75026-0848
8226171     CAPTIAL ONE AUTO FINANCE, INC.,    PO BOX 260848,    PLANO TX 75026-0848
8379392     CHANDLER GILBERT ANIMAL HOSPITAL,    320 S. GILBERT RD. SUITE 1,    CHANDLER, AZ 85286
8226172     CHASE,   PO BOX 15298,    WILMINGTON DE 19850-5298
8379393     CIBA VISION CORP.,    11460 JOHNS CREEK PKWY,    DULUTH, GA 30097-1556
8379394    +CLEAR VISION,    425 RABO DR. SUITE #2,    HAUPPAUGE, NY 11788-4245
8379395    +COLLIS & ASSOCIATES,    10000 N. 31ST AVE.,    PHOENIX, AZ 85051-9582
8379396    +CYNACON / OCUSOFT, INC.,    PO BOX 429,    RICHMOND, TX 77406-0011
8526547    +Capital One Auto Finance,    c/o Poli & Ball, PLC,    2999 N. 44th St, Ste 500,
             Phoenix, AZ 85018-7252
8530200    +Capital One Auto Finance C/O,    James B. Ball (#007339),    Poli & Ball, P.L.C.,
             2999 N. 44th Street, Suite 500,    Phoenix, Arizona 85018-7252
8838224     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
8379397    +DEPARTMENT OF ECONOMIC SECURITY,    PO BOX 6028,    PHOENIX, AZ 85005-6028
8379398    +DESERT OPEN MRI,    PO BOX 98312,    PHOENIX, AZ 85038-0312
8379400    +ENCORE VISION, INC.,    7826 N. MARKET ST. UNIT B,    SPOPKANE, WA 99217-7857
8379401    +EYE CARE AND CURE,    4646 S. OVERLAND DR.,    TUCSON, AZ 85714-3434
8379402    +FARMER’S INSURANCE,    PO BOX 894731,    LOS ANGELES, CA 90189-4731
8226175     FIRST NATIONAL BANK,    PO BOX P,    GARVIN MN 56132
8226176     FIRST NATIONAL BANK OF OMAHA,    PO BOX 2557,    OMAHA NE 68103-2557
8379404    +GLBAL PAY CREDIT CARD MACHINE,    10 GLENLAKE PKWY NE,    NORTH TOWER,    ATLANTA, GA 30328-3495
8379405     HEIDELBERG ENGINEERING, INC.,    1499 POINSETTIA AVE. SUITE 160,    VISTA, CA 92081-8543
8226157    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:   INTERNAL REVENUE SERVICE,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326)
8226177    +INVESTMENT NETWORK, LLC,    3370 E CANARY WAY,    CHANDLER AZ 85286-5682
8379406    +ISAACSON & DUFFY,    3101 N. CENTRAL AVE. SUITE 740,    PHOENIX, AZ 85012-2640
8379407    +JAI KUDO,    8 INDUSTRIAL DR.,    HUDON, NH 03051-3921
8379408    +JONATHON PAUL EYEWEAR,    2600 MCHALE COURT SUITE 175,    AUSTIN, TX 78758-4469
8226178    +LENSCO,    9860 N 19TH DRIVE,    PHOENIX AZ 85021-1943
8226179    +LUXOTTICA GROUP,    44 HARBOR PARK DRIVE,    PORT WASHINGTON, NY 11050-4687
8379409     MARICOPA COUNTY TREASURER,    PO BOX 78575,    MESA, AZ 85208
8379410    +MEDICAL ARTS PRESS,    PO BOX 37647,    PHILADELPHIA, PA 19101-0647
8379411    +MEDOP, INC.,    630 BROOKER CREEK BLVD. SUITE 350,    OLDSMAR, FL 34677-2928
8379412    +NASSAU,    160 LEGRAND AVE.,    NORTHVALE, NJ 07647-2484
8379414    +PREMIUM FIANCING SPECIALISERS,    PO BOX 3029,    BOTHELL, WA 98041-3029
8835011    +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
8379415    +SAFILO,    801 JEFFERSON RD.,    PARSIPPANY, NJ 07054-3710
8226181    +SALLIE MAE SERVICING,    PO BOX 9500,    WILKES BARRE PA 18773-9500
8379416    +SHELDON SULLIVAN,    3303 E. BASELINE SUITE 105,    GILBERT, AZ 85234-2739
8379417    +SILLHOUETTE,    260 CANNON ST.,    TROY, NY 12183-1513
8379418    +SONOMA NATIONAL BANK,    PO BOX 6089,    SANT, ROSA CA 95406-0089
8226182    +SONOMA NATIONAL BANK,    PO BOX 6089,    SANTA ROSA CA 95406-0089
```

```
8226183      +SPRINT,   PO BOX 54977,   LOS ANGELES, CA 90054-0977
8276719      +Sonoma National BANK C/O,   Carol M. Baron, Esq.,   CARSON MESSINGER ELLIOTT LAUGHLIN,
              & RAGAN, P.L.L.C.,   P. O. Box 33907,   Phoenix, Arizona 85067-3907
8275813      +Sterling Savings Bank, Successor in Interest by Me,   c/o Carol M. Baron, Esq.,
              Carson Messinger Law Firm,   P. O. Box 33907,   Phoenix, AZ 85067-3907
8379419      +TURA,   123 GIRTON DR.,   MUNCY, PA 17756-6375
8379420      +U STORE IT,   480 S. ARIZONA AVE.,   CHANDLER, AZ 85225-7517
8379421      +US BANK,   1450 CHANNEL PKWY,   MARSHALL, MN 56258-4005
8226184      +US BANK,   MANIFEST FUNDING SERVICES,   1450 CHANNEL PARKWAY,   MARSHALL MN 56258-4005
8379422      +VALUE EYEWEAR,   1454 MAIN AVE.,   CLIFTON, NJ 07011-2145
8379423      +VEATCH OPTHALMIC INSTRUMENTS,   136 W. ORION SUITE 3,   TEMPE, AZ 85283-5621
8379424      +VICRON OPTICAL, INC.,   3801 W. LAKE AVE.,   GLENVIEW, IL 60026-1292
8379425       VISTAKON,   7500 CENTURION PKWY #100,   JACKSONVILLE, FL 32256-0517
8379426       WELLS FARGO,   PO BOX 3083,   CEDAR RAPIDS, IA 52406-3083
9888743      +WELLS FARGO BANK, N.A. C/O LEONARD J. MCDONALD,   2525 E. CAMELBACK RD. SUITE 300,
              PHOENIX, AZ 85016-4237
8905116      +WELLS FARGO BANK, N.A. C/O MARK S. BOSCO,   2525 E. CAMELBACK RD. SUITE 300,
              PHOENIX, AZ 85016-4237
8226185       WELLS FARGO FINANCIAL CAPITAL FINANCE,   300 TRI-STATE INTERNATIONAL, SUITE 400,
              LINCOLNSHIRE IL 60069-4417
8226186       WELLS FARGO HOME MORTGAGE,   PO BOX 10335,   DES MOINES IA 50306-0335
8276720      +Wells Fargo Bank, N.A C/O,   TIFFANY & BOSCO P.A.,   2525 EAST CAMELBACK ROAD SUITE 300,
              PHOENIX, ARIZONA 85016-9240
8379427      +ZIEMER USA, INC.,   #1 ENVIROWAY SUITE 300,   WOOD RIVER, IL 62095-1471
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8226159       E-mail/Text: bkr@cardworks.com Mar 02 2011 23:34:05      ADVANTA BANK CORP,   PO BOX 8088,
              PHILADELPHIA PA 19101-8088
8250328      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 03 2011 01:34:38
              Ascension Capital Group, Inc.,   Attn: Capital One Auto Finance Departmen,
              Account: XXXXXXXXXXXX0462,   P.O. Box 201347,   Arlington, TX 76006-1347
8250324      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 03 2011 01:34:38
              Ascension Capital Group, Inc.,   Attn: Capital One Auto Finance Departmen,
              Account: XXXXXXXXXXXX5376,   P.O. Box 201347,   Arlington, TX 76006-1347
8824256      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 03 2011 01:34:38
              Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
              Arlington, TX 76006-1347
8379399      +E-mail/Text: vendorsupport@dexknows.com Mar 02 2011 23:34:17      DEX,   PO BOX 3900,
              PEORIA, IL 61612-3900
8822177       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2011 01:34:58      DISCOVER BANK,
              DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
8226174       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2011 01:34:58      DISCOVER,   PO BOX 30943,
              SALT LAKE CITY UT 84130
8226180      +E-mail/Text: Lillie.Anderson@diamondresorts.com Mar 02 2011 23:34:42      PREMIERE VACATION CLUB,
              PO BOX 29352,   PHOENIX AZ 85038-9352
8869282      +E-mail/Text: Lillie.Anderson@diamondresorts.com Mar 02 2011 23:34:42      PREMIERE VACATION CLUB,
              2111 E HISHLAND AVE STE 200,   PHOENIX, AZ 85016-4733
8226181      +E-mail/PDF: pa_dc_claims@salliemae.com Mar 03 2011 01:38:25      SALLIE MAE SERVICING,
              PO BOX 9500,   WILKES BARRE PA 18773-9500
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Sterling Savings Bank, Successor in Interest by Me
8379413       PIERPONT ASSOCIATION FEES,   PO BOX 62828,   AZ 85802
8379387*      BANK OF AMERICA,   PO BOX 15026,   WILMINGTON, DE 19850-5026
8379403*      FIRST NATIONAL BANK,   PO BOX P,   GARVIN, MN 56132
8226173     ##+CLARITY EYE CENTER, PC,   4135 S POWER ROAD, SUITE 108,   MESA AZ 85212-3625
                                                                                   TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**                           **Signature:**    _Joseph Speetjens_